Glenda FOBES, individually and as next friend for Brian Fobes, a minor, Plaintiff and Appellee,

v.

MUTUAL SERVICES CASUALTY INSURANCE COMPANY, Defendant and Appellant.

Civ. No. 10149.

Supreme Court of North Dakota.

July 1, 1982.

Pitsenbarger & Miller, Moorhead, Minn., and Conmy, Feste & Bossart, Fargo, for plaintiff and appellee; argued by Keith L. Miller, Moorhead, Minn.

Cahill Law Office, Moorhead, Minn., for defendant and appellant; argued by Steven L. Marquart, Moorhead, Minn.

PEDERSON, Justice.

The disposition of this case is governed by our opinion in a companion case, *St. Paul Mercury Insurance Company v. Andrews*, 321 N.W.2d 483 (N.D.1982), which we have decided this date.

Glenda Fobes sought a declaration of her right to "stack" basic no-fault benefits under the North Dakota Auto Accident Reparations Act (Ch. 26–41, NDCC), and under two insurance policies issued by Mutual Services Casualty Insurance Company in effect at the time of the death of her husband, Maurie, in an automobile-railroad collision.

We have concluded that § 26–41–03(2), NDCC, prohibits "stacking." The judgment is reversed.

ERICKSTAD, C. J., VANDE WALLE and SAND, JJ., and BERNING, District Judge, concurs.

BERNING, District Judge, sitting in place of PAULSON, J., disqualified.